**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

---

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

---

This Document Relates to:

Ellis Baker

Civil Case # 1:14-ml-2570-RLY-TAB

---

**NOTICE OF SUGGESTION OF DEATH**

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Ellis Baker, who died on or about February 14, 2021.

Dated: August 26, 2026.

Respectfully Submitted,

/s/ *Michael J. Ogborn*___

Michael J. Ogborn, Bar No. 20932
Ogborn Mihm, LLP
1700 Lincoln Street, Suite 2700
Denver, CO 80203
Telephone: (303) 592-5900
Facsimile: (303) 592-5910
E-Mail: mike.ogborn@omtrial.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Lexi Hettinga*
Lexi Hettinga